889 A.2d 1166

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Donald S. HIMMELREICH, Respondent.**

**No. 1094 DISC. 3.**

Supreme Court of Pennsylvania.

Dec. 22, 2005.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of December, 2005, there having been filed with this Court by Donald S. Himmelreich his verified Statement of Resignation dated November 8, 2005, stating that he desires to resign from the Bar of the Common-wealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Donald S. Himmelreich be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.